**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6648**

_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

         versus

JONATHAN ERNIE AMOS,

                                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Chief District Judge. (CR-97-31-5, CA-98-111-5)

_____

Submitted:  August 30, 2000          Decided:  September 7, 2000

_____

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jonathan Ernie Amos, Appellant Pro Se.  Paul Thomas Camilletti, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jonathan Ernie Amos seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record, the district court's opinion accepting the magistrate judge's report and recommendation, and Amos' informal appellate brief. Because Amos failed to challenge the district court's reasoning, he has not preserved any issue for our review. See 4th Cir. R. 34(b). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Amos, Nos. CR-97-31-5; CA-98-111-5 (N.D.W. Va. Apr. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED